Certificate Number: 17082-PAE-DE-036467000

Bankruptcy Case Number: 21-13089



17082-PAE-DE-036467000

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 11, 2022</u>, at <u>11:11</u> o'clock <u>AM MST</u>, <u>RICHARD S DERRICO</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 11, 2022</u>

By:   <u>/s/Elena Escobedo</u>

Name:   <u>Elena Escobedo</u>

Title:   <u>Customer Service Representative</u>