### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          : Chapter 7

Richard Slyvester Derrico                                       : Case No. 21–13089–pmm
       Debtor(s)

### *ORDER*
_____

AND NOW, this day , April 15, 2022 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

24
Form 195