United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Richard Slyvester Derrico  
    Debtor

Case No. 21-13089-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Apr 15, 2022      Form ID: 318      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Slyvester Derrico, 2159 Aster Road, Bethlehem, PA 18018-1247 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| 14650517 | + | Accountable Teaching Services LLC, 1155 S Congress Ave - Ste C, West Palm Beach, FL 33406-5114 |
| 14650518 | + | American Medical Response -, Palm Beach, 3867 W Market St - PMB 155, Akron, OH 44333-4525 |
| 14650519 | + | Bedrock Ocean Tide LLC, 1177 Primrose Peak Drive, Ruskin, FL 33570-2869 |
| 14650521 | + | City of Bethlehem, 10 East Church Street, Bethlehem, PA 18018-6028 |
| 14650522 | | Dynamic Recovery Solutions, PO Box 25759, Greenville, SC 29616-0759 |
| 14650523 | | Elite Pain Management LLC, 8212 Devon Ct, Myrtle Beach, SC 29572-4178 |
| 14650524 | + | Fay Financial, 425 S Financial St - Ste 2000, Chicago, IL 60605-1000 |
| 14650525 | + | Grand Cayman Resort, 7200 N Ocean Blvd, Myrtle Beach, SC 29572-3844 |
| 14650526 | + | HNL Lab Medicine, PO Box 90549, Allentown, PA 18109-0549 |
| 14650528 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14650529 | + | LVHN, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 14650530 | + | Map to Health LLC, 915 Middle River Dr - Ste 114, Fort Lauderdale, FL 33304-3586 |
| 14650533 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4774 address filed with court:, People First FCU, 2141 Downyflake Lane, Allentown, PA 18103 |
| 14650535 | + | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14650531 | + | Palm Beach Surgical First Asst, 4233 W Hillsboro Blvd - # 970528, Pompano Beach, FL 33097-1228 |
| 14650536 | + | Quest Diagnostics, PO Box 7306, Hollister, MO 65673-7306 |
| 14650537 | + | Service Electric Telephone, 4242 Mauch Chunk Road, Coplay, PA 18037-2107 |
| 14650540 | | Tenet Florida Physician Services LLC, PO Box 14000, Belfast, ME 04915-4033 |
| 14650541 | | The Center for Bone & Joint Surgery, 10131 Forest Hill Blvd - # 230, Wellington, FL 33414-6109 |
| 14650542 | + | Wellington Regional Medical Center, 1374 S Barcock St, Melbourne, FL 32901-3009 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QLEFELDMAN.COM | Apr 16 2022 03:33:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | EDI: PENNDEPTREV | Apr 16 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2022 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: taxclaim@countyofberks.com | Apr 15 2022 23:29:00 | Tax Claim Bureau, 633 Court Street, Second |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2022 | Form ID: 318 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 15 2022 23:29:00 | Floor, Reading, PA 19601-4300<br>U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14650520 | + | Email/Text: banko@bonncoll.com | Apr 15 2022 23:29:00 | Bonneville Collections, 6026 Fashion Point Dr, Ogden, UT 84403-4851 |
| 14650527 | + | EDI: IRS.COM | Apr 16 2022 03:33:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14650534 | | Email/Text: dgurganus@physicianseast.com | Apr 15 2022 23:29:00 | Physicians East PA, 1850 W Arlington Blvd, Greenville, NC 27834-5704 |
| 14650539 | + | EDI: RMSC.COM | Apr 16 2022 03:33:00 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14650538 | + | Email/Text: bankruptcy@sw-credit.com | Apr 15 2022 23:29:00 | Southwest Credit Systems, 4120 International Parkway, #1100, Carrollton, TX 75007-1958 |
| 14650543 | + | EDI: WFFC.COM | Apr 16 2022 03:33:00 | Wells Fargo Bank, PO Box 31557, Billings, MT 59107-1557 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14650532 | ##+ | Penn Credit Corporation, 916 S 14th St, PO Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2022            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Richard Slyvester Derrico claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard Slyvester Derrico | Social Security number or ITIN  xxx–xx–9666 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 21–13089–pmm | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard Slyvester Derrico

4/14/22

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**